# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 14-CV-62631-KMW

Plaintiff:
**LIVED IN IMAGES, INC.**, a California corporation,

vs.

Defendant:
**TRIPLE G. WELDING LLC**, a Florida limited liability company and **DOES 1-5**,

Received FEB 16 2015 NEWMAN | DU WORS

For:
Michel Spain
NEWMAN DU WORS LLP
1201 Third Ave
Suite 1600
Seattle, WA 98101

Received by Professional Process Servers on the 29th day of January, 2015 at 9:00 am to be served on **TRIPLE G. WELDING LLC, C/O REGISTERED AGENT EDWARD GONZALEZ, 3428 N.E. SECOND AVENUE, FT LAUDERDALE, FL 33334**.

I, Roberto DeLemos, being duly sworn, depose and say that on the **30th day of January, 2015** at **10:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, CIVIL COVER SHEET, NOTICE OF CHANGE OF ADDRESS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **JEFFREY GONZALEZ** as **VICE PRESIDENT** for **TRIPLE G. WELDING LLC,** at the address of: **3428 N.E. SECOND AVENUE, FT LAUDERDALE, FL 33334**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.

Subscribed and Sworn to before me on the 30th day of January, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC


C. NUNEZ
MY COMMISSION # FF 111935
EXPIRES: May 4, 2018
Bonded Thru Budget Notary Services

Roberto DeLemos
1114

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: FIS-2015001192

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w